IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ISABEL IRENE VARELA,

    Petitioner,               No. 2: 13-cv-0013 JFM P

    vs.

JOHNSON,

    Respondent.          <u>ORDER</u>

_____/

        Petitioner, a state prisoner proceeding pro se, has filed an application for writ of habeas corpus pursuant to 28 U.S.C. § 2254 together with a request for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. However, the certificate portion of the request which must be completed by petitioner's institution of incarceration has not been filled out. Also, petitioner has not filed a certified copy of her prison trust account statement for the six-month period immediately preceding the filing of the application for writ of habeas corpus. <u>See</u> 28 U.S.C. § 1915(a)(2). Petitioner will be provided the opportunity to submit a completed in forma pauperis application and a certified copy in support of her application.

        In accordance with the above, IT IS HEREBY ORDERED that:

        1. Petitioner shall submit, within thirty days from the date of this order, a completed affidavit in support of her request to proceed in forma pauperis on the form provided

by the Clerk of Court;

    2. The Clerk of the Court is directed to send petitioner a new Application to Proceed In Forma Pauperis By a Prisoner; and

    3. Petitioner shall submit, within thirty days from the date of this order, a certified copy of her prison trust account statement for the six-month period immediately preceding the filing of the application for writ of habeas corpus.  Petitioner's failure to comply with this order will result in a recommendation that this action be dismissed without prejudice.

DATED: January 17, 2013.

                                        UNITED STATES MAGISTRATE JUDGE

14
vare0013.3c+.new

2