IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ISABEL IRENE VARELA,

    Petitioner,               No. 2: 13-cv-0013 JFM P

    vs.

JOHNSON,

    Respondent.           ORDER

_____/

       Petitioner, a state prisoner proceeding pro se, has filed an application for writ of habeas corpus pursuant to 28 U.S.C. § 2254 together with a request for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. However, the certificate portion of the request which must be completed by petitioner's institution of incarceration has not been filled out. Also, petitioner has not filed a certified copy of her prison trust account statement for the six-month period immediately preceding the filing of the application for writ of habeas corpus. See 28 U.S.C. § 1915(a)(2). Petitioner will be provided the opportunity to submit a completed in forma pauperis application and a certified copy in support of her application.

       In accordance with the above, IT IS HEREBY ORDERED that:

       1. Petitioner shall submit, within thirty days from the date of this order, a completed affidavit in support of her request to proceed in forma pauperis on the form provided

1

1  by the Clerk of Court;

2      2. The Clerk of the Court is directed to send petitioner a new Application to
3  Proceed In Forma Pauperis By a Prisoner; and

4      3. Petitioner shall submit, within thirty days from the date of this order, a
5  certified copy of her prison trust account statement for the six-month period immediately
6  preceding the filing of the application for writ of habeas corpus.  Petitioner's failure to comply
7  with this order will result in a recommendation that this action be dismissed without prejudice.

8  DATED: January 17, 2013.

                       UNITED STATES MAGISTRATE JUDGE

14
vare0013.3c+.new